1  Corinne Orquiola (SBN: 226969)
   Krohn & Moss, Ltd.
2  1112 Ocean Drive, 3rd floor
   Manhattan Beach, CA 90266
3  corquiola@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  RONISHA TOLLIVER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| RONISHA TOLLIVER,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>WELLS FARGO BANK, N.A,<br><br>　　　　Defendant. | **Case No.: 5:15-cv-00512-JFW-DTB**<br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, RONISHA TOLLIVER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: March 29, 2016　　　　　KROHN & MOSS LTD

　　　　　　　　　　　　　　　　/s/ Corinne Orquiola
　　　　　　　　　　　　　　　　Corinne Orquiola, Esq.
　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　RONISHA TOLLIVER

1
_____
NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on March 29, 2016 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Corinne Orquiola
Corinne Orquiola, Esq.